ILND 450 (Rev. 04/29/2016) Judgment in a Civil Action

# IN THE UNITED STATES DISTRICT COURT
## FOR THE
## NORTHERN DISTRICT OF ILLINOIS

Jevarreo Kelley-Lomax,

Plaintiff(s),

v.

City of Chicago,

Defendant(s).

Case No.  20-cv-4638
Judge John Z. Lee

## JUDGMENT IN A CIVIL CASE

Judgment is hereby entered (check appropriate box):

☐  in favor of plaintiff(s)
and against defendant(s)
in the amount of $          ,

which  ☐ includes         pre–judgment interest.
☐ does not include pre–judgment interest.

Post-judgment interest accrues on that amount at the rate provided by law from the date of this judgment.

Plaintiff(s) shall recover costs from defendant(s).

---

☒  in favor of defendant(s) City of Chicago
and against plaintiff(s) Jevarreo Kelley-Lomax

.

Defendant(s) shall recover costs from plaintiff(s).

---

☐  other:

---

This action was *(check one)*:

☐ tried by a jury with Judge         presiding, and the jury has rendered a verdict.
☐ tried by Judge         without a jury and the above decision was reached.
☒ decided by Judge John Z. Lee on a motion to dismiss.

Date:  8/19/2021

Thomas G. Bruton, Clerk of Court

Carmen Acevedo , Deputy Clerk